Columbian National Life Insurance Company v. Mulkey.

Atkinson, J.   1. In cases falling within the jurisdiction of the Court of Appeals, mere error by that court in deciding questions of law, or in applying principles announced in the decisions of the Supreme Court (which, under the constitution of this State, are binding upon the Court of Appeals as precedents), or in applying the provisions of the Federal constitution, will not authorize a court of equity to set aside the decision of the Court of Appeals.

2. Applying the ruling stated in the preceding note, the judge did not err in dismissing the petition on general demurrer.

*Judgment affirmed.   All the Justices concur, except Gilbert, J., absent on account of sickness.*

No. 1330.   February 25, 1920.

Equitable petition.   Before Judge Ellis.   Fulton superior court. January 28, 1919.

*Colquitt & Conyers,* for plaintiff.

*Horton Brothers* and *Anderson, Rountree & Crenshaw,* for defendant.